IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALAN DENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv677-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# ORDER

After consideration of the *Motion for an Award of Attorney's Fees* filed by the Plaintiff (Doc. #20, May 5, 2008), and the exhibits thereto, it is hereby

**ORDERED** that the **DEFENDANT file a response by May 20, 2008** to show any cause why the motion should not be granted in whole or in part. *See Reeves v. Barnhart*, ___ F.3d ___, 2008 WL 1930587 (11th Cir. May 5, 2008).

Done this 7th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE